IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODERICK SIMS,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-2246 |
| v. | : | |
| | : | (Judge Rambo) |
| **MICHAEL CLARK,** *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 7th day of December 2021, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** as untimely;

2. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2);

3. Petitioner's motion to amend (Doc. No. 56) is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge